**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

In re: Case No: 10-45695-BKC-AJC
Chapter 13

**Mary Luz Liantaud**
Debtor.
_________________________________/

**CERTIFICATE OF SERVICE**

I hereby certify that on 15th day of March 2011 a true and correct copy of the **DEBTOR'S MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY AMERICAS SERVICING COMPANY AND NOTICE OF HEARING** were furnished via electronic transmission to all parties affiliated with CM/ECF and/or via U.S. First Class Mail to all parties of interest on the attached service list.

Via Electronic Transmission

Nancy N. Herkert, Trustee
E2c8f01@ch13herkert.com

Via certified mail
7010-1870-0003-1413-6857

Americas Servicing Company
PO Box 10328
Des Moines, IA 50306

Via certified mail
7010-1870-0003-1413-6840

Wells Fargo Home Mortgage
d/b/a Americas Servicing Company
Oman Mark, Principal
1 Home Campus
MAC X2401-049
Des Moines IA 50328-0001

Via First Class Mail

Mary Luz Liantaud
15238 NW 88th Court
Hialeah, Florida 33018

Respectfully submitted,

/S/

Aubrey Rudd, Esquire
Foreclosure Defense Team
2100 Coral Way, Suite 602
Miami, Florida 33145
Telephone: 786-360-6733
Facsimile: 786-360-6735