**ORDERED in the Southern District of Florida on April 29, 2011.**

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Case No: 10-45695-BKC-AJC
Chapter 13

**Mary Luz Liantaud**

Debtor /

**ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY LENDER PROCESS SERVICES**

THIS CASE came to be heard on April 26, 2011 at 9:00 a.m. upon the Debtor's Motion to Value and Determine Secured Status of Lien on Real Property Held by Bank of America (DE #39; the "Motion"). Based upon the debtor's assertions made in support of the Motion without objections, the Court FINDS as follows:

A. The value of the debtor's real property (the "Real Property") located at 433 NW 22nd Avenue, Miami, Florida 33311, and more particularly described as

**RIVER GARDENS 19-23 LOT 3;10 E BLK 5**

is $ 30,000.00 at the time of the filing of this case.

B. The total of all claims secured by liens on the Real Property senior to the lien of Americas Servicing Company (the "Lender") is $193,502.00.

C. The equity remaining in the Real Property after payment of all claims secured by liens senior to the lien of Lender is $0.00 and Lender has a secured interest in the Real Property in such amount.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $30,000.00.

3. Because Lender's secured interest in the Real Property is $30,000.00, Lender's mortgage recorded on 5/09/06 at OR BOOK 24505 Pages 1193-1210 of the official records of Miami-Dade County, Florida shall be deemed void and shall be extinguished automatically, without further order of the Court, upon entry of the debtor's discharge in this chapter 13 case. If this case is converted to a case under any other chapter or if the chapter 13 case is dismissed, Lender's mortgage will no longer be considered void and shall be restored as a lien on the Real Property.]

4. (Select only one):

_x__ Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed.

or

__ Lender filed a proof of claim in this case. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $0.00, regardless of the original classification in the proof of claim as filed.

5. The Real Property may not be sold or refinanced without proper notice and further order of the Court.

6. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

###

Submitted By:

Aubrey Rudd, Esquire
Foreclosure Defense Team
297 SW 27th Avenue,
Miami, Florida 33135
Telephone: 786-360-6733

Attorney Aubrey Rudd, Esquire is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.