**ORDERED in the Southern District of Florida on August 24, 2011.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

In re:

Case No: 10-45695-BKC-AJC
Chapter 13

**Mary Luz Liantaud**
SSN: XXX-XX-8980
Debtor.
_______________________________/

**ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON PERSONAL PROPERTY HELD BY STATE FARM BANK**

THIS CAUSE came before the Court on ~~August 16~~ June 21, 2011 upon the Debtor's Motion to Value and Determine Secured Status of Lien on Personal Property Held by State Farm Bank (D.E. #54) (the "Motion"). Based upon the Debtor's assertions made in support of the Motion, and for reasons stated on record it is,

**ORDERED** as follows:

A. The value of the Debtor's personal property (the "Personal Property) more particularly described as follows:

_X_ Motor vehicle described as follows:

Year and Model of motor vehicle: 2004 Lexus ES 330 4DRS

Vehicle Identification Number (VIN#): JTHBA30G140022839

Odometer reading: 116,494

___ Personal Property other than a motor vehicle described as follows: is $______________ at the time of the filing of this case.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.
2. Lender has an allowed secured claim in the amount of **$7,495.00.**
3. (Select only one)

___ Lender has not filed a proof of claim in this case. The Trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim, regardless of the original classification in the proof of claim as filed. Lender's secured claim shall paid through the plan at 0.0% for a total of $.

or

_X_ Lender filed a proof claim in this case. It shall be classified as a secured claim in the amount provided in paragraph 2, above and as a general unsecured claim in the amount of **$3,995.67** regardless of the original classification in the proof of claim as

filed. Lender's secured claim shall be paid through the plan at 4.5% for a total of **$8,383.80.**

4. The Personal Property may not be sold or refinanced without proper notice and further order of the Court.

5. Notwithstanding the foregoing, this Order is not recordable or enforceable until the Debtor receives a discharge in this Chapter 13 case.

6. Upon notification that the Debtor has received a discharge, the creditor shall take all steps necessary to release the lien upon the personal property.

###

Submitted,

Aubrey Rudd, Esquire
Foreclosure Defense Team
2100 Coral Way, Suite 602
Miami, Florida 33145
Telephone: 786-360-6733
Email: helmer@ruddlawgrop.com

Attorney Aubrey Rudd, Esquire is directed to mail a conformed copy of this order to all interested parties.