**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

In re: Case No: 10-45695-BKC-AJC
Chapter 13

**Mary Luz Liantaud**
Debtor.
_________________________________/

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on _24th_ day of August 2011 a true and correct copy of the **DEBTOR'S AMENDED MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY OCWEN LOAN SERVICING, LLC AND NOTICE OF HEARING** were furnished via electronic transmission to all parties affiliated with CM/ECF and/or via U.S. First Class Mail to all parties of interest on the attached service list.

Via Electronic Transmission

Nancy N. Herkert, Trustee
E2c8f01@ch13herkert.com

Via certified mail
7009 1680 0002 1066 9957

Corporation Service Company
Registered Agent
1201 Hays Street
Tallahassee, Florida 32301-2525

Via certified mail
7009 1680 0002 1066 9964

Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
1661 Worthington Road
Suite 100
West Palm Beach, Florida 33409

Via first class mail

Ocwen Loan Servicing, LLC
c/o Dumas & Mcphail, LLC
126 Government Street (36602)
PO Box 870
Mobile, AL 36601

Via First Class Mail

Mary Luz Liantaud
15238 NW 88th Court
Hialeah, Florida 33018

/S/

Aubrey Rudd, Esquire
Foreclosure Defense Team
2100 Coral Way, Suite 602
Miami, Florida 33145
Telephone: 786-360-6733
Facsimile: 786-360-6735